The People of the State of New York, Respondent, *v.* Alexander Nunes, Appellant.

(Argued October 11, 1932; decided November 22, 1932.)

*Myron J. Shon* for appellant.

*Frank H. Coyne, District Attorney,* for respondent.

Judgment of conviction affirmed; no opinion.

Concur: Pound, Ch. J., Crane, Lehman, Kellogg, O'Brien, Hubbs and Crouch, JJ.